**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**


Burton Perlman
United States Bankruptcy Judge

**Dated: September 29, 2009**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-15074 |
| RACHELLE D. WOMBLE | CHAPTER 13 |
| | JUDGE BURTON PERLMAN |
| DEBTOR | ENTRY SETTING ASIDE ORDER GRANTING RELIEF AND WITHDRAWAL OF AFFIDAVIT |
| Property Address: | OF DEFAULT |
| 3528 Irving Street Cincinnati, OH 45220 | |

-------------------------------------------------------------------------------------------------------------

This matter came upon the Withdrawal of the Affidavit of Default filed by Secured Creditor, U.S. Bank, N.A., successor by merger to The Leader Mortgage Company.

The Court finds that the Secured Creditor is desirous of permitting the Debtor to reinstate the post-petition payments to the current status and therefore, it is therefore ORDERED

that the Order Granting Relief from the Automatic Stay is hereby set aside, vacated and held for naught.

It is further ORDERED that the Affidavit of Default filed on August 18, 2009, is hereby withdrawn and that the Debtor shall make payments to Secured Creditor pursuant to the Chapter 13 Plan.

IT IS SO ORDERED.

###

**SUBMITTED BY:**

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito
_____
Jeffrey V. Laurito (0014562)
Erin M. Laurito (0075531)
35 Commercial Way
Springboro, OH 45066
937-743-4878
FAX: 937-743-4877
bmilstead@lauritolaw.com

Attorneys for Secured Creditor

PARTIES TO BE SERVED:

Rachelle D. Womble, Debtor
3528 Irving Street
Cincinnati, OH 45220
(served via, U. S. Mail)

David A. Kruer
DEARFIELD, KRUER & COMPANY, LLC
Attorney for Debtor
602 Main Street, Suite 700
Cincinnati, OH 45202
(served via, electronic noticing)

G. Timothy Dearfield
DEARFIELD, KRUER & COMPANY, LLC
Attorney for Debtor
230 Northland Blvd.
Suite 23
Cincinnati, OH 45246
(served via, electronic noticing)

Office of the U. S. Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202
(served via, electronic noticing)

Tiney W. Ward, III, interested party
3528 Irving Street
Cincinnati, OH 45220
(served via, U. S. Mail)

Erin M. Laurito
Attorney for Movant
35 Commercial Way
Springboro, OH 45066
(served via, electronic noticing)